AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huvelle, Ellen S. | US District Court for the District of Columbia | 6/16/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Constitution Avenue NW Washington DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Board of Overseers, Boston School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Huvelle, Ellen S.

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed, Partner in Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Association | 3/27/2009 - 3/28/20093/26/2010-3/27/2010 | New York, NY | Annual Dinner | Transportation, hotel, food |
| 2. | Boston College Law School | 5/7/2010-5/8/2010 | Boston, MA | Meeting of Board of Overseers | Transportation, hotel, food |
| 3. | Boston College Law School | 10/15/2010-10/17/2010 | Boston, MA | Meeting of Board of Overseers | Transportation, hotel, food |
| 4. | Aspen Institute | 11/5/ - 11/7/2010 | Queenstown, MD | Conference on International Human Rights | Transportation, hotel, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HSBC | Mortgage on Rental Property, Washington, DC (Part VII, Line 119) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Morgan Stanley Active Assets Tax Free Trusta | A | Dividend | O | T | | | | | |
| 2. | American Online | A | Dividend | J | T | | | | | |
| 3. | AllianceBernstein International Growth | A | Dividend | | | Sold | 12/02/10 | J | A | |
| 4. | Alliance Bernstein Int'l Value | A | Dividend | K | T | | | | | |
| 5. | AllianceBernstein Small Value -X | | None | J | T | Buy | 12/02/10 | J | | |
| 6. | Amazon | | None | | | Sold | 01/29/10 | K | C | |
| 7. | Bank of America Subordinated Notes | B | Interest | | | Matured | 02/15/10 | L | A | |
| 8. | Calvert Large Growth Fd Cl C | | None | | | Sold | 12/02/10 | K | A | |
| 9. | Cinco TX Municipal Utility 4.0% due 9/1/10 | B | Interest | | | Matured | 09/01/10 | K | A | |
| 10. | DC Ballpark 5% due 2/22 - X | | None | M | T | Buy | 09/01/10 | M | | |
| 11. | Diamond Hill Long-Short | | None | K | T | | | | | |
| 12. | Eaton Vance Large Value Fund | A | Dividend | | | Buy (add'l) | 09/03/10 | K | | |
| 13. | | | | | | Sold | 12/02/10 | L | A | |
| 14. | Eaton Vance Parametric Structured EM - X | | None | L | T | Buy | 12/02/10 | L | | |
| 15. | EMC | | None | J | T | | | | | |
| 16. | Hewlett Packard | A | Dividend | K | T | Buy (add'l) | 08/13/10 | J | | |
| 17. | AIM Tax Exempt Cash Fund | | None | | | Sold | 09/03/10 | K | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes:        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. INVESCO Developing Markets - X | A | Dividend | K | T | Buy | 09/03/10 | K | | |
| 19. AIM International Growth Fund (now INVESCO Intl Growth) | A | Dividend | L | T | | | | | |
| 20. Van Kampen Comstock Cl C (Now INVESCO) | A | Dividend | | | Sold | 09/03/10 | K | A | |
| 21. Van Kampen Emerging Markets (Now INVESCO) | | None | K | T | | | | | |
| 22. iShares Barclays 1-3 Yr Treasury Bd | B | Dividend | K | T | | | | | |
| 23. iShares Dj US Healthcare Shares | A | Dividend | K | T | Buy (add'l) | 12/02/10 | K | | |
| 24. iShares MSCI Brazil | A | Dividend | J | T | | | | | |
| 25. iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 26. iShares Sm Cap 600 Growth | A | Dividend | K | T | | | | | |
| 27. iShares Muni - X | B | Dividend | | | Buy | 04/20/10 | J | | |
| 28. | | | | | Buy (add'l) | 07/20/10 | K | | |
| 29. | | | | | Buy (add'l) | 08/13/10 | M | | |
| 30. | | | | | Sold | 12/23/10 | M | A | |
| 31. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 32. Allianz CCM Cap App Class C (now Managers Cadence Cap App) | | None | | | Sold | 12/02/10 | K | A | |
| 33. Market Vectors Gold Miners | A | Dividend | K | T | | | | | |
| 34. MFS Int'l Growth Fd Cl C | | None | | | Sold | 09/03/10 | K | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS New Discovery - X | B | Dividend | K | T | Buy | 09/03/10 | K | | |
| 36. MFS Muni Bond | B | Dividend | K | T | | | | | |
| 37. Microsoft (X) | A | Dividend | | | | 11/16/10 | K | | |
| 38. | | | | | Sold | 12/02/10 | K | A | |
| 39. Montgomery Co. MD 5.0% 10/01/12 | B | Interest | L | T | | | | | |
| 40. M S Limited Duration US Gov't Tr | A | Dividend | M | T | | | | | |
| 41. Netflix | | None | J | T | Sold (part) | 03/12/10 | J | C | |
| 42. | | | | | Sold (part) | 10/26/10 | J | D | |
| 43. | | | | | Sold (part) | 12/30/10 | J | D | |
| 44. Nuance | | None | J | T | Buy | 03/12/10 | J | | |
| 45. Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 46. Oppenheimer Rochester | A | Dividend | K | T | Buy | 04/20/10 | J | | |
| 47. | | | | | Buy (add'l) | 09/03/10 | K | | |
| 48. Oracle Corp | A | Dividend | L | T | | | | | |
| 49. Palm Beach Criminal 5.375% 06/01/11 | C | Interest | L | T | | | | | |
| 50. Powershares Wilderhill Clean Energy | | None | | | Sold | 08/04/10 | J | A | |
| 51. Powershares Wilderhill Progressive Energy - X | A | Dividend | J | T | Buy | 08/04/10 | J | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Rydex Managed Future Strategies Fund | | None | | | Sold | 12/02/10 | K | A | |
| 53. Schlumberger | A | Dividend | J | T | | | | | |
| 54. Templeton Developing Markets | A | Dividend | | | Sold | 09/03/10 | K | D | |
| 55. Templeton Globabl Bond - X | B | Dividend | K | T | Buy | 09/03/10 | K | | |
| 56. Time Warner Cable | A | Dividend | K | T | | | | | |
| 57. Time Warner | A | Dividend | J | T | | | | | |
| 58. Tulsa Co ISD 3.5% 08/01/10 | D | Int./Div. | | | Matured | 08/01/10 | M | A | |
| 59. IRA #2 | D | Dividend | P1 | T | | | | | |
| 60. -Morgan Stanley Bank | | | | | | | | | |
| 61. -Abbott Laboratories | | | | | | | | | |
| 62. -Cap Protected Notes on S&P 500 Index | | | | | | | | | |
| 63. -iShares Barclays TIPS Bond Fund | | | | | | | | | |
| 64. -iShares iBoxx Corp Bond Fund | | | | | | Buy (add'l) | 07/20/10 | J | | |
| 65. -iShares Msc I EAFE | | | | | | | | | |
| 66. -iShares S&P Growth | | | | | | | | | |
| 67. -iShares S&P Value | | | | | | | | | |
| 68. -iShaes Small Cap Growth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Principal Protected Notes* | | | | | Buy | 12/23/09 | K | | |
| 70. -Under Armour | | | | | Buy (add'l) | 01/20/10 | K | | |
| 71. -Morgan Stanley Limited Duration | | | | | Buy | 04/20/10 | L | | |
| 72. -AllianceBernstein Global Bond | | | | | Buy | 09/03/10 | K | | |
| 73. -Investment Company of America | | | | | Buy | 09/30/10 | K | | |
| 74. -Calvert Large Growth | | | | | | | | | |
| 75. -Delaware Small Cap Value | | | | | | | | | |
| 76. -Eaton Vance Large Value Fund | | | | | | | | | |
| 77. -Goldman Sachs Small Value | | | | | | | | | |
| 78. - Van Kampen Comstock (now INVESCO VK Comstock) | | | | | | | | | |
| 79. -Ivy Asset Strategies | | | | | | | | | |
| 80. -MFS Emerging Markets Debt | | | | | Buy | 09/03/10 | K | | |
| 81. -MFS Value | | | | | | | | | |
| 82. -Sentinel Small Company | | | | | | | | | |
| 83. -Genzyme Corp | | | | | Sold | 11/22/10 | J | A | |
| 84. -Invesco FX Alpha PLS Strategy (was MS Alpha Strategy Plus | | | | | Sold | 10/20/10 | K | A | |
| 85. -MFS Int'l Growth | | | | | Sold | 09/03/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -American Gr. Fund | | | | | Sold | 09/03/10 | K | A | |
| 87. -Alliance Bernstein Int'l Value Fund | | | | | Sold | 09/03/10 | K | A | |
| 88. Active Assets Tax Free | A | Interest | O | T | | | | | |
| 89. Allianz NFJ Div. Value | A | Dividend | L | T | Buy (add'l) | 09/27/10 | K | | |
| 90. AmCap - X | | None | K | T | Buy | 12/02/10 | K | | |
| 91. American Investment Company | A | Dividend | | | Sold | 12/02/10 | K | A | |
| 92. Apple Computer | | None | K | T | | | | | |
| 93. Calvert Large Growth | | None | | | Sold | 12/02/10 | J | A | |
| 94. Capital One Bank 4.0% 02/08/10 | B | Interest | | | Matured | 02/08/10 | L | A | |
| 95. Connecticut Health Education 4.0% 7/01/10 | D | Interest | | | Matured | 07/01/10 | M | A | |
| 96. Delaware Emerging Markets | | None | K | T | | | | | |
| 97. Diamond Hill Small Cap - X | A | Dividend | K | T | Buy | 09/28/10 | K | | |
| 98. ExxonMobil (X) | A | Dividend | L | T | | 01/15/10 | M | | |
| 99. | | | | | Sold (part) | 11/08/10 | K | A | |
| 100. 1st Pacific Bank CD 4.05% 2/8/2010 | B | Interest | | | Matured | 02/08/10 | M | A | |
| 101. Franklin Small Midcap Growth | | None | L | T | | | | | |
| 102. General Electric (X) | A | Dividend | M | T | | 01/15/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Henderson International Opportunties - | | None | L | T | Buy | 09/27/10 | L | | |
| 104. IBM (X) | A | Dividend | J | T | | 06/21/10 | J | | |
| 105. INVESCO Diversified Dividend - X | A | Dividend | L | T | Buy | 09/03/10 | K | | |
| 106. MS Fx Alpha Plus Strat Port (now INVESCO Fx Alpha) | | None | | | Sold | 10/29/10 | K | A | |
| 107. Van Kampen Emerging Markets (now INVESCO VK Emerging Market) | | None | K | T | | | | | |
| 108. AIM Tax Exempt Cash Fund (now INVESCO) | | None | | | Sold | 09/03/10 | K | A | |
| 109. Van Kampen Small Cap Value (now INVESCO VK Small Cap Value) | | None | | | Sold | 09/03/10 | K | B | |
| 110. iShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 111. iShares Morningstar Large Value -X | A | Dividend | M | T | Buy | 12/02/10 | L | | |
| 112. iShares S&P 500 Growth | A | Dividend | L | T | | | | | |
| 113. iShares S&P 500 Value | A | Dividend | | | Sold | 12/02/10 | L | A | |
| 114. iShares S/T Munis -X | B | Int./Div. | L | T | Buy | 07/20/10 | M | | |
| 115. | | | | | Sold (part) | 12/27/10 | L | A | |
| 116. iShares Small Cap Growth | A | Dividend | K | T | | | | | |
| 117. MFS Internatonal Value -X | A | Dividend | K | T | Buy | 12/02/10 | K | | |
| 118. MFS Value | A | Dividend | | | Sold | 12/02/10 | K | A | |
| 119. Lincoln National American Legacy | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1.001 - $2.500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. New York GO 3% due 2/12 | C | Interest | M | T | | | | | |
| 121. North Las Vegas Nv 4.35% 11/01/10 | C | Interest | | | Matured | 11/01/10 | L | A | |
| 122. Nuance -X | | None | K | T | Buy | 08/13/10 | J | | |
| 123. Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 124. Osceola 5% of 6/15 -X | C | Interest | M | T | Buy | 10/25/10 | M | | |
| 125. Oyster Bay New York Public Improvements 5.0% | A | Interest | | | Matured | 02/16/10 | K | A | |
| 126. Prudential Jennison Small Company -X | | None | K | T | Buy | 09/27/10 | K | | |
| 127. Sentinel Short Term Government | A | Dividend | L | T | Buy | 08/13/10 | L | | |
| 128. IRA #1 | A | Dividend | M | T | | | | | |
| 129. -Morgan Stanley Bank/Liquid Asset Fund | | | | | | | | | |
| 130. -Delaware Small Cap Value Fund | | | | | | | | | |
| 131. ░░ | B | Interest | O | T | | | | | |
| 132. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 133. Rental Property, Washington, DC | E | Rent | N | W | | | | | |
| 134. Winslow Green Mutual Fund | A | Dividend | J | T | | | | | |
| 135. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 136. -Dodge & Cox | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -American Funds Growth Fund of Am. | | | | | | | | | |
| 138. -American Beacon Small Cap | | | | | | | | | |
| 139. -Ranier Small/Mid Cap Equity | | | | | | | | | |
| 140. -Lazard Emerging Mkts | | | | | | | | | |
| 141. -Thornburg International | | | | | | | | | |
| 142. -Schwab Stable Value | | | | | | | | | |
| 143. -PIMCO Total Return | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 69 (Principal Protected Notes) was inadvertently omitted from my 2009 Report. It was bought on 12/12/09.

The Asset listed on line 117 of my 2009 Report was not reportable and has been deleted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544